# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 7. Mediation Questionnaire

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 22-15188

**Case Name** Oracle USA, Inc. et al. v. Rimini Street, Inc.

**Counsel submitting this form** Mark A. Perry

**Represented party/ parties** Rimini Street, Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

On July 10, 2020, Oracle filed a Motion for Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt for violation of an injunction the district court entered in Oracle's copyright action against Rimini (No. 2: 10-cv-00106-LRH-VCF), which took effect in its current form on August 16, 2019.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** 1 *Rev. 12/01/2018*

*Briefly describe the result below and the main issues on appeal.*

In its March 31, 2021 Order to Show Cause, the district court granted, in part, Oracle's Motion for Order to Show Cause Why Rimini Street, Inc. Should Not Be Held In Contempt. Following a seven-day evidentiary hearing on its Order to Show Cause, the district court entered findings of fact and conclusions of law in its January 12, 2022 Order and Judgment, holding Rimini in contempt and entering sanctions for 5 of the 10 issues set for the hearing. On appeal, Rimini intends to challenge the contempt findings and sanctions

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

As part of the contempt sanctions, the district court awarded attorney's fees and costs, but provided for Oracle to apply for them separately. Following the filing of the notice of appeal, the district court deferred calculation of the fee and costs award amounts until after the resolution of the appeal.

Rimini also filed a separate action for a declaratory judgment that its new support processes are non-infringing. See No. 2:14-cv-01699-LRH-CWH

**Signature** s/ Mark A. Perry          **Date** 2/15/2022

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*